AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-6375- AU |
| ERIC ROBERTS, | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___August 6, 2019 & August 7, 2019___ in the county of ___Broward and Miami-Dade___ in the ___Southern___ District of ___Florida___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Detective Kristopher Doyle, TFO/FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___8/9/19___

_____
*Judge's signature*

City and state:        ___Ft. Lauderdale, Florida___

Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Kristopher Doyle, being duly sworn, deposes and states as follows:

## INTRODUCTION AND BACKGROUND

1.     I am a Task Force Officer for the Federal Bureau of Investigation ("FBI"), currently assigned to the Violent Crimes/Fugitive Task Force, in the Miami Division. I am also a Detective at the Hollywood Police Department ("Hollywood PD"), assigned to the Criminal Investigations Division, where I have worked for approximately 12 years. My current duties involve the investigation of a variety of violations of State and federal offenses, including bank robberies and Hobbs Act robberies. I have been an FBI Task Force Officer since September 2018 and a Police Officer since January 2004.

2.     This affidavit is submitted in support of a criminal complaint charging defendant Eric ROBERTS ("ROBERTS") with two counts of bank robbery, in violation of Title 18, United States Code, Section 2113(a).

3.     The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials, and information obtained from bank personnel and other witnesses. I have not included each and every fact known to me about this investigation in this affidavit. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against ROBERTS for the above-described criminal violations.

## PROBABLE CAUSE

### Robbery of the BB&T Bank, in Hollywood, Florida

4.     On or about August 6, 2019, at approximately 10:49 am, a white male, later identified as ROBERTS, entered the BB&T Bank, located at 2434 Hollywood Boulevard,

Hollywood, Florida, in Broward County, within the Southern District of Florida. BB&T Bank is insured by the Federal Deposit Insurance Corporation ("FDIC").

5.     ROBERTS was wearing a dark colored long sleeve hooded sweatshirt, dark shorts, a black hat with white logo, and black and green sunglasses. ROBERTS entered the bank, approached the victim teller and presented a demand note written, in red writing, on a paper towel. The note stated: "Don't do anything stupid. Give me the money." ROBERTS then told the victim teller: "Don't be stupid. Give me the money. I have a bomb and I will blow up the place." The victim teller provided ROBERTS with United States ("U.S.") currency. ROBERTS demanded hundreds and the teller provided larger bills. ROBERTS took the money and ran out of the bank while the victim teller activated the holdup alarm. The victim teller stated that she was in fear for herself and others.

6.     The demand note which was left behind by ROBERTS was recovered and has been submitted for DNA analysis. BB&T Bank later determined that the total amount stolen by ROBERTS was approximately $1,370.00 in U.S. currency.

7.     The bank robbery was recorded on the bank's surveillance video security cameras. The footage revealed images of the subject's physical description and clothing. Photos of ROBERTS face were obtained from the surveillance video as he was standing in front of the victim teller's counter.

### Robbery of CitiBank in Aventura, Florida

8.     On or about August 7, 2019, at approximately 12:53 pm, a white male, later identified as ROBERTS, entered the CitiBank, located at 2750 Aventura Boulevard, Aventura, Florida, in Miami-Dade County, within the Southern District of Florida. CitiBank is insured by the FDIC.

9.    ROBERTS was wearing a white T-shirt with a "Nike" logo that appears to be pink, green, gray, and white in color, a black baseball type hat with the letters "SB" written in white on the front, dark color shorts, black and gray socks, multi-color slide-on sandals, a large dark rosary necklace, and a white bracelet that appears to have numerous circular shaped sections on his right wrist.   Several tattoos can also be observed on both of ROBERTS forearms.   ROBERTS entered the bank, approached the victim teller and presented a demand note.   ROBERTS then stated that he had a gun and a bomb, and threatened to kill everyone.   In response to ROBERT's demand, the victim teller gave ROBERTS $500.00 U.S. currency. ROBERTS fled the bank and was captured on surveillance video entering the Aventura Mall. ROBERTS took back the demand note prior to fleeing the bank.   The victim teller stated that he was in fear for his life.

10.    ROBERTS is observed on surveillance video footage running through the Aventura Mall.   After exiting the mall, he got into a nearby taxi cab.   The cab driver took ROBERTS to a convenience store located at 2134 Washington Street, in Hollywood, Florida. ROBERTS was then observed on surveillance video exiting the taxi cab and entering the convenience store wearing the same clothing he was wearing during the bank robbery. ROBERTS was also observed on surveillance video purchasing items at the front counter of the convenience store.   While paying for the items, ROBERTS was observed counting what appears to be several twenty dollar bills, which is consistent with the denomination of the bills he stole from the bank. ROBERTS later left the area in a dark vehicle driven by an unknown black male.

### Subsequent Investigation

11.    The surveillance video footages from CitiBank and the convenience store showed numerous images of ROBERTS' face, clothing, jewelry, hat and tattoos.   These images, along with images from the BB&T Bank robbery, were provided to local law enforcement.

3

ROBERTS was positively identified by a local law enforcement officer from the Hollywood PD. This Hollywood PD officer has been in contact with ROBERTS on a regular basis since about 2012, and ROBERTS had briefly worked for the officer as a confidential informant. When he observed the surveillance videos from the bank robberies and the convenience store, the Hollywood PD officer immediately recognized the subject as ROBERTS.

12.    On or about August 8, 2019, ROBERTS contacted the FBI and advised that he wanted to turn himself in. ROBERTS stated that he was currently at the Metro PCS store located at 10831 NW 27th Avenue in Opa Locka, Florida. Law enforcement responded to that location and took ROBERTS into custody without incident. ROBERTS was wearing what appeared to be the same clothing that he wore during the CitiBank robbery. He was also wearing what appeared to be the same rosary necklace and the same bracelet on his right wrist. ROBERTS' tattoos were also consistent with the tattoos observed in the Citibank surveillance video footage.

13.    ROBERTS was transported to the FBI office in Miramar, Florida. ROBERTS waived his *Miranda* rights in writing and agreed to be interviewed by law enforcement. During the interview, ROBERTS admitted his involvement in both robberies. ROBERTS further stated that he committed the robberies to get money to buy drugs and that he turned himself in so that he could get help.

## CONCLUSION

14.    Based on my training and experience, as further supported by the foregoing facts, I respectfully submit that probable cause exists to believe that, on or about August 6, 2019, ROBERTS did knowingly, by means of intimidation, take from the person and presence of an employee of BB&T Bank, a federally insured bank, property and money, that is, approximately $1,370.00 in U.S. currency, belonging to and in the care, custody, control, management, and

4

possession of BB&T Bank, located at 2434 Hollywood Boulevard, Hollywood, Florida, in Broward County, within the Southern District of Florida, in violation of Title 18, United States Code, Sections 2113(a); and that on or about August 7, 2019, ROBERTS did knowingly, by means of intimidation, take from the person and presence of an employee of CitiBank, a federally insured bank, property and money, that is, approximately $500.00 in U.S. currency, belonging to and in the care, custody, control, management, and possession of CitiBank, located at 2750 Aventura Boulevard, Aventura, Florida, in Miami-Dade County, within the Southern District of Florida, in violation of Title 18, United States Code, Sections 2113(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
KRISTOPHER DOYLE, TASK FORCE OFFICER
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn before me
this ___ day of August 2019.

_____
THE HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT: ERIC ROBERTS

PRE-TRIAL DETENTION

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *a.R. Walkm*

AUSA:   ARIMENTHA R. WALKINS

Last Known Address: BSO Main Jail Facility

555 SE 1st Avenue

Ft. Lauderdale, FL

What Facility:   _____

_____

Agent(s):   TFO Kristopher Doyle

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 19-6375-AV

UNITED STATES OF AMERICA

v.

ERIC ROBERTS,

Defendant.
_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States
    Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?          ___ Yes ✓ No

2.  Did this matter originate from a matter pending in the Northern Region of the United States
    Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___ Yes ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:    _A. R. Walkins_____

ARIMENTHA R. WALKINS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    0897787
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, Florida 33301
Tel:        954-660-5668
Fax:       954-356-7336
Email:    Arimentha.Walkins@usdoj.gov